**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO:  3:08-cr-72-J-25HTS

RICHARD WALLY ROSE

## O R D E R

This cause is before the Court on the Motion to Have Defense Counsel Withdrawn "Conflict of Interests" by Counsel (Doc. #79; Motion).  A hearing was held on October 30, 2008, at which Mr. Rose and his appointed counsel, Robert Calvin Rivers, Esquire, were heard from concerning the Motion.

Mr. Rivers represented he is prepared to proceed to trial with the case, and would continue to adequately and effectively represent Defendant.  Having considered the various arguments presented by Mr. Rose, the Court is not of the view that removal of his attorney is warranted.[1]  Accordingly, the Motion is **DENIED**.[2]

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of October, 2008.

/s/ Howard T. Snyder
HOWARD T. SNYDER
United States Magistrate Judge

---

[1] Mr. Rose was not interested in proceeding pro se.  Rather, he asked that Lisa Call, Esquire, be appointed as substitute counsel.

[2] It is noted that Defendant has indicated an intent to appeal this Order to the presiding District Court Judge.  He was encouraged to do so immediately in view of the rapidly approaching trial.